IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN MILES FOSTER,, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-CV-00424-TES-CHW |
| | * |
| THE UNITED STATES, | * |
| Defendant. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 22, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of March, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk